# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| Richard Howard Fish, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-6084-CV-SJ-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Friday, July 11, 2011, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed February 25, 2011 [Doc. 8]; the *Brief for Defendant,* filed April 7, 2011 [Doc. 9]; and *Plaintiff's Social Security Reply Brief*, filed May 2, 2011 [Doc. 10]. After due considerations of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**